UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| NATHAN HARE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civ. 3:21-cv-667 |
| | ) |
| ORR MOTORS OF DESTIN, INC., | ) |
| GREGG ORR MARINE OF DESTIN, INC., | ) |
| and GREGG ORR AUTO COLLECTION | ) |
| OF COMPANIES | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S NOTICE OF REMOVAL

Defendants Orr Motors of Destin, Inc., Gregg Orr Marine of Destin, Inc. and Gregg Orr Auto Collection of Companies ("Defendants"), have removed this case to the United States District Court of the Northern District of Florida, pursuant to 28 U.S.C. § 1331, § 1367, § 1441 and § 1446. The grounds for removal are as follows:

On or about March 22, 2021, a civil action was filed in the Circuit Court of the First Judicial Circuit, in and for Okaloosa County, Florida, which is captioned *Nathan Hare v. Orr Motors of Destin, Inc., Gregg Orr Marine of Destin, Inc. and Gregg Orr Auto Collection of Companies* (the "State Court Case"). The State Court Case was assigned Case No. 2021-CA-000824-F. Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit "A" are true and correct copies the docket and documents filed in this case to date. The Complaint is an action for age discrimination under the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.* ("ADEA") and Florida Civil Rights Act ("FCRA").

1. Pursuant to 28 U.S.C. § 1441(b), "[A]ny civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or

laws of the United States shall be removable without regard to the citizenship or residence of the parties." This Court has original jurisdiction over Plaintiff's claim under the ADEA.

2. Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's claim under the FCRA because it is based on the same facts and is part of the same case or controversy as the federal claims raised under the ADEA.

3. In the alternative, Plaintiff's claim under the FCRA may be removed pursuant to 28 U.S.C. § 1441(c) because it is joined with claims over which this Court has original jurisdiction.

4. The United States District Court for the Northern District of Florida, Pensacola Division, embraces the location where the State Court Case was filed. Thus, removal is proper to this Court pursuant to 28 U.S.C. § 1441.

5. This Notice of Removal has been filed within 30 days of Defendant's receipt of a copy of the Complaint in the State Court Case. Thus, this Notice of a Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

6. Pursuant to 28 U.S.C. § 1446(a), copies of all processes, pleadings and orders served on Defendant in this action are attached to this Notice of Removal as Exhibit A.

7. Pursuant to 28 U.S.C. § 1446(d), Defendants have provided written Notice of Removal to all parties in this action, and have filed a copy of this Notice of Removal in the Circuit Court of the First Judicial Circuit, in and for Okaloosa County, Florida.

WHEREFORE, Defendants respectfully request that the above-described action pending in the First Judicial Circuit, in and for Okaloosa County, be removed to this Court.

| | |
|---|---|
| Dated this 14th day of April, 2021. | FISHER & PHILLIPS LLP |
| | |
| | */s/Lisa Ann McGlynn* |
| | Lisa Ann McGlynn |
| | Florida Bar No.: 0056327 |
| | lmcglynn@fisherphillips.com |
| | 101 E. Kennedy Blvd., Suite 2350 |
| | Tampa, Florida 33602 |
| | Telephone: (813) 769-7500 |
| | Facsimile: (813) 769-7501 |
| | |
| | Counsel for Defendants |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 14, 2021, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will automatically send notice of such filing to the following attorneys of record:

Maria A. Mattox, Esq.
Jim Garrity, Esq.
MARIE A. MATTOX, P.A.
203 North Bradford Road
Tallahassee, Florida 32301
marie@mattoxlaw.com
jim@jimgarritylaw.com

                */s/Lisa Ann McGlynn*
                Lisa Ann McGlynn