UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NATHAN HARE,

    Plaintiff,

v.                                Case No. 3:21cv667-TKW-EMT

ORR MOTORS OF DESTIN, INC.
et al.,

    Defendants.
_____/

## ORDER

Upon due consideration of the motion to withdraw as counsel for Defendants (Doc. 16), it is

**ORDERED** that the motion is **GRANTED**, and attorneys Lisa McGlynn, Matthew R. Simpson, and JonVieve D. Hill shall have no further obligation to represent Defendants in this case. The Clerk shall terminate Ms. McGlynn, Mr. Simpson and Ms. Hill as counsel of record for Defendants in CM/ECF.

**DONE and ORDERED** this 14th of September, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**