UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NATHAN HARE,

    Plaintiff,

v.                        Case No. 3:21-cv-00667-TKW-EMT

ORR MOTORS OF DESTIN, INC.,
GREGG ORR MARINE OF DESTIN, INC.,
GREGG ORR AUTO COLLECTION OF
COMPANIES,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff respectfully notifies this Court, pursuant to N.D. Fla. Loc. R. 16.2(A)(1) and (B), that the parties have resolved this matter. Plaintiff requests that this Court dismiss this action, but reserve jurisdiction to enforce the settlement.

                                        Respectfully submitted

                                        */s/ Jim Garrity*
                                        Jim Garrity (FBN 539211)
                                        203 North Gadsden Street
                                        Tallahassee, FL    32301
                                        Telephone:  (850) 383-4800
                                        Facsimile:   (850) 383-4801