# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**NATHAN HARE**,

    **Plaintiff**,

v.                                         Case No. 3:21cv667-TKW-EMT

**ORR MOTORS OF DESTIN, INC.**
**et al.**,

    **Defendants**.

_____/

## ORDER OF DISMISSAL

Based on the parties' joint stipulation of dismissal with prejudice (Doc. 22), it is **ORDERED** that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Clerk shall close the case file.

**DONE and ORDERED** this 25th of February, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**